AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By casbell at 3:27 pm, Jul 01, 2020

DAVID L. RUTAN and MICHELLE E. RUTAN,

v.

THE CARSWELL CHEROKEE TRUST et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:19-CV-77

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated July 1, 2020 granting Defendants' Motions to Dismiss and directing the Clerk to close this case; judgment is hereby entered. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: July 1, 2020

John Triplett, Acting Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03